DECEMBER 8, 1947.

*Per Curiam Decisions.*

No. 413.   HAZEL PARK NON-PARTISAN TAXPAYERS ASSOCIATION ET AL. *v.* TOWNSHIP OF ROYAL OAK ET AL.; and

No. 424.   CITY OF FERNDALE *v.* HAZEL PARK NON-PARTISAN TAXPAYERS ASSOCIATION ET AL. ▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆ *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question.   *Stanton G. Dondero* for appellants in No. 413.   *Orph C. Holmes* and *Claude H. Stevens* for appellant in No. 424. *Glenn C. Gillespie* and *William C. Hudson* for Royal Oak,

appellee in Nos. 413 and 424. *Lee E. Joslyn, Jr.* and *Selden S. Dickinson* for Whitcomb et al., appellees in Nos. 413 and 424.